Sorry for the slight delay. I was waiting for that other case to get resolved. Good morning. My name is Edward Moll. I came here today from Detroit, Michigan to talk to you about this case. I want to start by imparting a few pieces of news that have arisen since this case was submitted on briefs. One is that H.R. 6192 was introduced in June of 2018 and it apparently is intended to... Well, that's the last Congress, so it's not even in Congress right now, and I'm not sure what this could possibly have any relevance. So maybe you can let us know why we should be listening to this. Just to show that the Congress is attuned to the problems of credit reporting agencies and can address them anytime they wish to do so. Well, I was going to make the same point about the Consumer Financial Protection Bureau, which recently issued a regulation relating to the duties of furnishers. Let me ask, who do you represent today? Trinity Warner. Any of the other plaintiffs who did not appeal? No. And in the opening brief there was a reference apparently to reinstating the claim of Mr. McIntyre, but you're not seeking that relief, are you? I don't conceive of us as representing Mr. McIntyre, but representing Mr. Warner. Did Mr. Warner agree to be bound by the decision, McIntyre, because your client filed a complaint and then without any motion for summary judgment against Warner, as I understand, then the District Court dismissed the complaint versus summary judgment, and I didn't see any development of facts or anything of that sort. Well, you're right. It's a very strange procedure that was followed in the District Court, in my opinion. There were a number of cases, so Judge Snow decided to create a Bellwether case to ease litigation, apparently. And Bellwether, I don't think is... Bellwether case is not something that's in the court rules. Anyway, litigation was only conducted as to the McIntyre case. It's only the McIntyre case that there was discovery. All the other cases languished. So the McIntyre case, after discovery was conducted, went to briefs, and the judge granted summary judgment. But you're not challenging the dismissal of Warner's complaint on summary judgment, despite having no opportunity to develop facts or create a genuine issue of material fact, is that right? You're not saying the District Court erred in dismissing in this proceeding. If you're asking me, I'd say, yes, I am saying that, but in our briefs, we did not raise that issue. It is wrong, in my opinion, what happened. A test case cannot be used as a basis for dismissing 20 other cases. It's not a class action. So I don't know how he came... Well, test case gets used pretty often, especially in the mass tort context. Opportunities were there for somebody to file a declaration on behalf of your client saying, our facts are different, but no such declaration was ever filed. So it may be, and no arguments were made in the briefs, so it may be that if you had been involved in the case earlier, we'd have a different case today. But we've got the case we've got, and the only factual development appears to have been the McIntyre case. That's it. I was only going to talk about the McIntyre case. Okay. And I was asked, did I agree that the other cases should have been dismissed without summary judgment? I say, no, they should not have been, but we have not briefed that. And you're not arguing that your facts are different than the ones in the McIntyre case? Every case is unique, and when you look at the case law that they rely upon, especially the Klutz case from Pennsylvania, the judge says in that case that it's a fact-specific case. You must look at the question... So what are the facts here that are materially different than McIntyre? I'm not arguing... I'm only arguing based on the record, which is the McIntyre case. There is no record in Warner. But you can't appeal the McIntyre case, right? Because you're not McIntyre. You're not representing McIntyre. That's right. We can't... we can't appeal the McIntyre case. But the McIntyre... the facts in the McIntyre case were treated by Judge Snow as dispositive as to all the other cases. So if Trinity Warner wants to appeal the dismissal of her case, that is the factual universe that we have to deal with. What happened as to McIntyre? Well, you could say you were not bound by it. I mean, that's what the Supreme Court indicated in Hall, right? That in a consolidated case, you're not legally bound by another decision in another case that isn't yours, unless you've agreed to do so, which is why I started out by asking if you had agreed, and perhaps implicitly by being here, but I'm not... I'm a little puzzled by the posture. We agreed... the judge asked the parties to establish a Bellwether case. So we followed the instructions of the judge and agreed to a Bellwether case with opposing counsel. Well, the stipulation doesn't agree to be bound by the results. It just identifies a Bellwether case. No, I agree with you. How we got from there to a dismissal... 20 cases, I'm not sure, but that's what happened. Okay. So I have to... I have no other facts to address other than the McIntyre facts, because there was no discovery in Warner or any of the other cases, nor were there any litigation as to the other cases. For some reason, the McIntyre facts were treated as dispositive of every other case that was before Judge Snow. All right, may I proceed on the facts of the McIntyre case? Okay. Okay. I wanted to bring to your attention one other fact that had arisen. In May 22nd of 2018, in the Northern District of Alabama, a verdict entered the judgment of three John Younger, case numbers 15-00950. The basis for that judgment was exactly the issue in this case, which was that a request for information was denied because the person making the request was deemed to be a CRO, credit repair organization. And prior to that case going to judgment... I got to tell you, the recitation that a different court reached a different result. I don't know what we're supposed to make of that. I mean, have you submitted a 28-J letter giving us a reference to any authority or order or anything else from that other court? I'm not saying it's dispositive, I'm just saying that it's authority. Okay. And a motion for summary judgment was filed in that case and it was denied by Judge Cornelius. So that is authority. The other side says we have no authority. I'm bringing this to the attention of the court to show that there is other authority. And there's one other case I wish to bring to your attention. Now the defendant has stated that he has a mountain of authority on his side in this case and that there's no authority on our side in this case. If you look at the authorities that they cite, they are all comirical. In the Alabama case, even if we assume it's relevant, didn't the plaintiff there write the letter to the attorney who then sent it? No, I don't think so. That's what it says. On March 30th, 2015, plaintiff wrote to the three main credit reporting agencies to dispute the PRA debt and his credit reports. Plaintiff provided his home address and identified the disputed entry. Plaintiff gave the case number. Plaintiff provided the name and address of his attorney and then it says the letter was sent by the attorney. Well, the letter certainly came from the in denying it, but I don't remember it saying that. Plaintiff signed the letter. Sorry, I skipped that part, but that's also not true here. No, that is true here. McIntyre did sign them. I thought it was an electronic signature. An electronic signature is a valid signature. But it wasn't done by, well, it's a difference anyway whether the plaintiff actually signed or whether a computer signed by someone who the plaintiff never saw the letter. He didn't say he didn't see the signed the letter electronically over the internet. I thought there was testimony that he'd never even reviewed the letter. No. Can you point me to where it says that he did review the letter before it was signed? It's in his deposition transcript, which I can't pull the part out right now that says that. Well, I didn't see it, so if you think that he reviewed the letter before it was and approved its signature, that would be  it. Can I possibly send a letter to you after today and point that out to you, rather than try to find it right now? You might have rebuttal time you could use to tell us. In the answering brief, there's a Q&A, apparently in the supplemental excerpt of the record. Question, Mr. McIntyre, have you ever seen this letter before? Answer, I saw this yesterday, but that was the first time. Question, so yesterday in preparation for your deposition? Answer, yes. Question, was the first time you'd seen this letter? Answer, yes. I don't know which letter you're referring to. The letter that is the issue here about whether it needed to be responded to. So he didn't see it before it was signed, if he didn't see it until the day before the deposition. He signed it over the internet, which is not possible unless you have the document in front of you on the internet. So question, so fair to say you had absolutely no input in the preparation of this letter, correct? Answer, yes. Question, that's correct? Answer, that's correct, yes. And it may be true that he did not prepare the letter, but he could not have signed the letter without seeing it. If you get a document over the internet... Well, he has an electronic signature could be put on a letter without seeing it. My sense was that Go Clean Credit, through some limited power of attorney, issued this letter itself, that Mr. McIntyre had no role in it. That's the impression left from reviewing the facts in his deposition. I'm not sure what you mean by this letter. There are a number of letters that went out. There's the letter that went out in March, letter that went out in April, and I think there were a letter that went out in May. Alright, and I was gonna get to the point where the depositions refer to his role in reviewing the information. He did have a role in reviewing the information. Alright. I was going to the staff commentary by the FTC. As you know, that does not have the power of law and the FTC has rescinded its commentary, so there's no basis whatsoever for their claim on the Klotz case. Did it rescind its commentary because the statute was no longer assigned to the FTC for enforcement? That's right, it was sent over to the... So it didn't take it back and if we were wrong, it said, well, that's not our department anymore. That's right, it didn't deem it proper to keep it open when they were not enforcing it any longer. And the Consumer Financial Protection Board has not issued any kind of opinion. Do I have only three minutes left? That's right. Okay. Well, I just wanna say, I looked at their authority, their authority doesn't support what they want this court to do. The employer versus explorian is unpublished, it's based on Klotz. They cite Wheelan versus TransUnion, that was a case where a notice was sent to a furnisher. They cite Jackson versus Warning, Warning, which was also a notice to a furnisher, not to a CRA. Wiggins versus Equifax Services, in that case it was notice to the employer. A1 Credit versus TransUnion, in that case it was a request for a copy of a report, any item in the credit report. Is there any authority on our side other than the case from Alabama? There is authority in a case that's cited in the Klotz case itself at footnote 8, Millhauser versus TRW, 707F sub 92, ED New York, 1989. In that case, a claim was made under 15 USC 1681 I A1 A1A1... I 1A1, A1A, sorry. It's exactly the provision that's involved in this lawsuit in any event. The court rejected the claim and was very forthright in stating that the... I just wish to quote the language for a moment because it's not in English. 1A1 A1A1, A1A1, A1A1, A1A1, a construction of the Federal and State Acts that allow individuals to communicate their disputes through a third party is completely in line with the purposes of the Fair Credit Reporting Acts. Such statutes were enacted in large part to ensure the accuracy, relevancy, and proper litigation of credit information. 15 USC 1681 I And to protect consumers from dissemination of inaccurate and possibly insubstantial credit information, such as in the case of G. Porter v. Talbot. Since allowing third parties to assist consumers will likely lead to expedited correction of credit reports that will further the purposes of the acts. Did you want to save some time for rebuttal? We just have a few seconds left. I only have, uh, I'm going to, with that little time, I guess I don't have any time. I just want to say the act is designed to protect consumers, not to protect credit agencies. Consumers need help dealing with the credit industry, and they need help of agencies like GoCleanCredit and other credit repair agencies around the country. The industry has been going for a long time, and it serves the interests of consumers, and it should be protected, not destroyed by experience. Thank you. Thank you. May it please the court. Mayor Fetter for experience. First of all, yes, Judge Friedland is correct that in that Alabama case that what that whole case was about was that they had excluded something as suspicious when in fact the person had written the letter himself and that his claim was that it should have been clear from what was submitted that came directly from him. So that is right. It's not like this case, or I should say these cases. Can you help me with the procedural posture here? I'll try. We have an appeal of a summary dismissal, I guess, of a complaint based on the facts of some other case. I don't know exactly what to make of that. Yeah, and it's hard to glean from what is actually in the record. My understanding is that basically, although the facts in each case weren't developed, the district court granted summary judgment in all of them because the issue was dispositive in that. I think that it was agreed that all of these cases involved dispute letters that were submitted by the credit repair organization and not by the consumer directly. But Mr. Mull is saying, not only in Akintyer, he observed the letter, we don't know what the facts are for Ms. Warner, but do the facts ever make a difference? Because if the facts can make a difference, I don't know how we rule in a case where we don't have any facts. Well, I'll say two things about that. I think that the short answer... There's a short answer and a long answer. I think the short answer for this case is that Mr. Warner appealed without raising any contention in the district court or here that his facts are any different in any material way that wasn't raised. And so I think that that alone would be a way to dispose of the case. But I think, just sort of taking a step back to answer your question, sure, the facts can matter if you had facts that was the agreed fact pattern in all of these cases, which is that this is not... Where was it agreed? Just to make... Well, that's the problem. I can't... So the agreed fact pattern is implicitly, it's this identical to McIntyre or what? Yeah, that is the problem. I wasn't present at court conferences in the district court. I don't know how they got to this point of everyone seeming to understand that these are all the same case, where it's submitted by go clean credit and not the consumer. It's... I share the frustration, excuse me, that it is unusual to see the court going ahead and entering judgment without the formal motion being made to say, these cases are all the same and this should be dismissed on the same basis. I think the reason that no one said anything to the district judge or sought reconsideration as to these people, or even raised it on appeal, is that they all were raising this same issue that the submission by a credit repair organization should be enough to trigger the reinvestigation obligation. So... The submission without any input from the actual consumer, because that seems to be a key factor. I think... Well, I actually don't think that's a key factor because what the statute says, actually, is that... I mean, it's a helpful factor so that if you have any question, that would certainly help, but it has... But the statute says that the obligation exists when it's disputed by the consumer and the consumer notifies the agency directly. So I asked my administrative assistant to draft a letter for me, and I review it, and I sign it, and I put it in the mail. Is that enough to be direct? If you put it in the mail? The administrative... Yeah, yeah. Well, it's the office mail, so my administrative assistant probably puts it in the outbox. Right, but I think... She drafts the letter, I glance at it, I sign it, she puts it in the envelope, stamps it, and puts it in the outbox. Yeah, I think that that is probably gonna be something that's directly from you, and I don't think that... So how much involvement is necessary? I mean, we've established that I don't have to do everything myself personally. Yeah, well, I mean... My attorney drafts the letter, and then I review it, and sign it, and the attorney's office mails it. Is that enough? Right. So I think as a matter of practice, the... Well, two different things, as a legal matter and as a matter of practice, I think that the way the statute is drafted, that having something actually come from the attorney's office, even if you've looked at it, doesn't fall within the statute. Well, the term directly is the one that we need to define, and the attorney case is one... Suppose my mother doesn't speak English, so I wind up drafting the letter and sending it on her behalf, explaining that she doesn't speak English, so I'm doing this. At some point, directly isn't meant, I don't think, to weed out those kind of communications, but it's hard for me to interpret the term. Right. So I seem to be prefacing every answer with this, but two things about that. Number one, as a matter of practice, I think that the way the procedures work, they actually will then reinvestigate those, because what they're looking for in the procedures is something that is these sort of batches of form challenges that don't show... They don't just look at the envelope, they then open the envelope, look at what's inside, and they see whether it's actually a personal dispute or not. It's not based on some technical parsing of what directly means, but as to how exactly you're gonna interpret where the line is gonna be crossed from directly to not directly, I think that in an appropriate case, that might be hard, but I think that in a case where you have something that is all done by the credit reporting... Excuse me, the credit repair organization and electronic signature that is submitted from a different address and is just a generic challenge to a bunch of stuff, that's not hard. And of course, it's not hard because here you don't even need to get to that, since there's no suggestion that the facts in Mr. Warner's case were in any way different from Mr. McIntyre's case. So is there evidence in the record as opposing counsel  on the internet and affixes electronic signature? No, no, no. It's quite the contrary. I think the court read some of the exchange from the record. I think particularly in the supplemental record at 63 and 64, it may go one or two more pages in either direction, but it actually was quite clear that he hadn't reviewed the letter, he hadn't authorized them to... And I think that the supposed to aid accuracy is also at best ironic, because what you have here is the consumer testifying that, yeah, they were challenging a bunch of stuff that was perfectly accurate, which is the congressional findings on credit repair organizations, is they do that in the hope that something doesn't get verified in 30 days, and so the accurate stuff ends up having to be removed. So he actually said, no, I didn't authorize them to challenge all this accurate stuff. I didn't see the letter until just before my deposition. And then after Experian sends him a letter saying, we got something, it doesn't look like it's from you. If you have a dispute, call us at this toll free number or log on to our website. The credit repair organization sends another letter saying, I got this letter from you saying it wasn't for me, it was really for me. And McIntyre testifies, well, no, I didn't see that one either. So there's a series of letters here that are not from him that he didn't see with his electronic signature. It's all... And it's a pretty short excerpt to look at for you to verify. So no, there's nothing in the record indicating that this came from the consumer in any way, let alone a way that you could call directly. There's just... This is a standard credit repair organization submission without his input, let alone coming from him. No further questions. I'll rest on the briefs. Thank you. Okay. I have no time for any further questions. Thank you. We thank both for your argument. The case of Trinity Warner versus Experian Information Solutions, Inc. is submitted and we're adjourned for this session and for the week.
judges: Clifton, Ikuta, Friedland